UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHERYL WARD-PLASTER,**

    Plaintiff,

v.                            Case No: 8:22-cv-943-MSS-AAS

**KILOLO KIJAKAZI,**
**Acting Commissioner,**
**Social Security Administration,**

    Defendant.

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Plaintiff's Complaint seeking review of the denial of her claim for disability and supplemental security income (SSI) benefits under the Social Security Act, 42 U.S.C. § 405(g). On March 27, 2023, United States Magistrate Judge Amanda Arnold Sansone issued a Report and Recommendation, recommending that the Acting Commissioner's decision be affirmed. (Dkt. 17) Plaintiff has filed no objection to Judge Sansone's Report and Recommendation, and the time for doing so has passed.

In the Eleventh Circuit, a district judge may accept, reject, or modify the magistrate judge's report and recommendation after conducting a careful and complete

1

review of the findings and recommendations. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732, 732 (11th Cir. 1982). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." <u>Jeffrey S. v. State Bd. of Educ.</u>, 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo,* <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See <u>Cooper-Houston v. Southern Ry.</u>, 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation and in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED** that:

1. The Report and Recommendation, (Dkt. 17), is **CONFIRMED** and **ADOPTED** as part of this Order; and

2. The decision of the Commissioner is **AFFIRMED**.

3. The Clerk is directed to enter final judgment in favor of the Defendant and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of July 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person